IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TERESA ANN NEESE, | : | |
| | : | |
| Plaintiff | : | |
| | : | CIVIL ACTION |
| v. | : | FILE NO. 1:11-CV-01333-ODE |
| | : | |
| PUBLIX SUPERMARKETS, INC., | : | |
| | : | |
| Defendant | : | |

## **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW, Defendant Publix Super Markets, Inc. and pursuant to Federal Rule of Civil Procedure 56, hereby moves this Court to enter summary judgment in its favor. There is no genuine issue as to any material fact and Defendant is entitled to judgment in its favor as a matter of law.

In support of Defendant's Motion for Summary Judgment, Defendant relies upon the following:

1) Brief In Support of Defendant's Motion for Summary Judgment;

2) Defendant's Statement of Material Facts as To Which There Is No Genuine Issue To Be Tried;

3) Deposition of Teresa Neese taken on November 12, 2010, and all accompanying exhibits thereto, filed as Exhibit " A" to Defendant's Brief in Support of Motion for Summary Judgment;

4) Deposition of Donna Neese, taken on February 11, 2011, filed as Exhibit "B" to Defendant's Brief in Support of Motion for Summary Judgment;

5) Affidavit of James Bennett, and all accompanying exhibits thereto, filed as Exhibit " C" to Defendant's Brief in Support of Motion for Summary Judgment;

6) Affidavit of Christopher Cook, and all accompanying exhibits thereto, filed as Exhibit " D" to Defendant's Brief in Support of Motion for Summary Judgment;

7) Affidavit of Ronald Watson, and all accompanying exhibits thereto, filed as Exhibit " E" to Defendant's Brief in Support of Motion for Summary Judgment; and

8) All pleadings of record and all other competent and admissible evidence timely made a part of the record.

Plaintiff Neese has presented no evidence that Defendant Publix Super Markets, Inc. had actual or constructive knowledge of water on the floor in the location where she reportedly slipped and fell.  There is no evidence that the water

could have been discovered during a reasonable inspection, and, thus, no inference arises that Publix's failure to discover the water was the result of any alleged failure to inspect.

WHEREFORE, for the reasons more fully demonstrated in the Brief accompanying this Motion, as well as the exhibits accompanying Defendant's Brief, Defendant respectfully requests this Court grant its Motion for Summary Judgment.

This 29th day of July, 2011.

FAIN, MAJOR & BRENNAN, P.C.

BY:  */s/ Jennifer L. Nichols*
GENE A. MAJOR
Georgia State Bar No. 466650
JENNIFER L. NICHOLS
Georgia State Bar No. 001294
Attorneys for Publix Super Markets, Inc.

100 Glenridge Point Parkway
Suite 500
Atlanta, Georgia  30342
(404) 688-6633

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TERESA ANN NEESE, | : | |
| | : | |
| Plaintiff | : | |
| | : | CIVIL ACTION |
| v. | : | FILE NO. 1:11-CV-01333-ODE |
| | : | |
| PUBLIX SUPERMARKETS, INC., | : | |
| | : | |
| Defendant | : | |

## CERTIFICATE OF SERVICE

This is to certify that I have this date served upon counsel for the opposing parties in the foregoing matter a copy of the **Defendant's Motion For Summary Judgment** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorney(s) of record.

This 29th day of July, 2011.

FAIN, MAJOR & BRENNAN, P.C.

BY:   */s/ Jennifer L. Nichols*
JENNIFER L. NICHOLS
Georgia State Bar No. 001294
Attorney for Publix Super Markets, Inc.

100 Glenridge Point Parkway
Suite 500
Atlanta, Georgia  30342
(404) 688-6633
E-mail: jnichols@fainmajor.com