UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TERESA ANN NEESE<br><br>                Plaintiff,<br><br>vs.<br><br>PUBLIX SUPERMARKETS INC.,<br><br>                Defendant. | CIVIL ACTION FILE<br><br>NO. 1:11-CV-1333-ODE |

## J U D G M E N T

This action having come before the court, Honorable Orinda D. Evans, United States District Judge, for consideration of Defendant's Motion for Summary Judgment, and the court having granted said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover its costs of this action, and the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 9th day of March, 2012.

                                            JAMES N. HATTEN
                                            CLERK OF COURT

                                  By:  s/ A. Coleman
                                            Ashley Coleman, Deputy Clerk

Prepared and Entered
in the Clerk's Office
  March 12, 2012
James N. Hatten
Clerk of Court

By:  A.Coleman
       Deputy Clerk